**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 98-7711**

─────────

UNITED STATES OF AMERICA,

                                 Plaintiff - Appellee,

    versus

BENJAMIN SHABAZZ PEAY,

                                Defendant - Appellant.

─────────

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. N. Carlton Tilley, Jr., District Judge. (CR-90-89, CA-97-518-2)

─────────

Submitted: April 13, 1999           Decided: May 5, 1999

─────────

Before WILKINS and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Benjamin Shabazz Peay, Appellant Pro Se. Harry L. Hobgood, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Benjamin Shabazz Peay seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Peay, Nos. CR-90-89, CA-97-518-2 (M.D.N.C. Nov. 5, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2